FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 3 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24-1117 DHU |
| ) | |
| vs. ) | Counts 1 and 2: 18 U.S.C. §§ 1153, |
| ) | 2241(a) and 2246(2)(A) Aggravated |
| **ASHKIA RANDY LEE TRUJILLO**, ) | Sexual Abuse; |
| ) | |
| Defendant. ) | Count 3: 18 U.S.C. §§ 1153, 2241(a) and |
| ) | 2246(2)(B) Aggravated Sexual Abuse. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about August 28, 2019, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ASHKIA RANDY LEE TRUJILLO,** an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual act consisted of contact between the penis of the defendant and the vulva of Jane Doe, involving penetration, however slight.

In violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(A).

### Count 2

On or about August 28, 2019, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ASHKIA RANDY LEE TRUJILLO**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious

bodily injury, and kidnapping, and the sexual act consisted of contact between the penis of the defendant and the anus of Jane Doe, involving penetration, however slight.

In violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(A).

## Count 3

On or about August 28, 2019, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ASHKIA RANDY LEE TRUJILLO,** an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to death, serious bodily injury, and kidnapping, and the sexual act consisted of contact between the penis of the defendant and the mouth of Jane Doe, involving penetration, however slight.

In violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(B).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney