AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 9 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-CR-1117 DHU |
| | ) | |
| Ashkia Randy Lee Trujillo | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ASHKIA RANDY LEE TRUJILLO,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2: 18 U.S.C. §§ 1153, 2241(a) and 2246(2)(A) Aggravated Sexual Abuse;

Count 3: 18 U.S.C. §§ 1153, 2241(a) and 2246(2)(B) Aggravated Sexual Abuse.

Date:  08/13/2024

C. Padilla
*Issuing officer's signature*

City and state:  Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/15/2025, and the person was arrested on *(date)* 4/28/2025
at *(city and state)* Albuquerque, NM.

Date: 4/28/2025

*Arresting officer's signature* DUSM

Gabriel Sanchez
*Printed name and title*