# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 24-1117 DHU | UNITED STATES vs. TRUJILLO | |
| Hearing Date: | 5/5/2025 | Time In and Out: | 10:52-11:20 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Ashkia Randy Lee Trujillo | Defendant's Counsel: | Melissa Morris |
| AUSA: | Brittany DuChaussee | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | |

## Proceedings

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Defendant waives right to contest detention
- ☒ Defendant requests release to La Pasada Halfway House; USPTS indicates there is availability at the halfway house; Defense counsel requests additional condition of location monitoring be included
- ☒ Government requests detention for reasons stated on the record

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

## Other Ruling

- ☐