PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
# NEW MEXICO

U.S.A. vs Ashkia Randy Lee Trujillo          Docket No. 1:24CR01117-001DHU

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Beatrice Manzanares PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of Ashkia Randy Lee Trujillo who was placed under pretrial release supervision by the Honorable Laura Fashing, United States Magistrate Judge, sitting in the Court at Albuquerque, New Mexico, on May 5, 2025, with conditions which included the following:

(6): The defendant is placed in the custody of the La Pasada Halfway House who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody

7(j): The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

7(p)(ii): The defendant must participate in one of the following restriction programs and comply with its requirements as directed. Home Detention: You are restricted to your entire residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the pretrial services office or supervising officer.

7(q)(iv): The defendant must submit to the following location monitoring technology and comply with its requirements as directed: GPS

**Respectfully presenting petition for action of court and for cause as follows:**
On March 25, 2026, at approximately 8:06 p.m., this officer received two global positioning system (GPS) alerts indicating a strap tamper and a proximity tamper alert. These alerts are indicative of the unit being removed. The defendant did not have permission to remove the GPS unit device. USPO called the La Pasada halfway house and the defendant was unable to be located on the property.

Additionally, this officer received a termination report from the defendant's case manager at the La Pasada Halfway house. The defendant was going to be terminated due to his violation of the rules, policies, and regulations of the La Pasada Halfway house, and they no longer could serve as a third-party custodian.

PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

The whereabouts of the defendant are unknown at this time.

An emergency warrant was issued by United States Magistrate Judge Laura Fashing on March 25, 2026, at 8:20 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **March 26, 2026**

*Beatrice Manzanares*
Beatrice Manzanares
United States Probation Officer
Cell #: 505-252-4502
Place: Albuquerque, New Mexico