**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Initial Appearance/Show Cause/Detention Hearing

| Case Number: | CR 24-1117 DHU | UNITED STATES vs. TRUJILLO | |
|---|---|---|---|
| Hearing Date: | Tuesday, March 31, 2026 | Time In and Out: | 9:55-9:58 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Ashkia Randy Lee Trujillo | Defendant's Counsel: | Melissa Morris |
| AUSA: | Brittany DuChaussee | Pretrial/Probation: | Beatrice Manzanares |
| Interpreter: | | Witness: | |

**Initial Appearance**

☒ Defendant received a copy of charging document

☒ Court advises defendant(s) of possible penalties and all constitutional rights

☒ Defendant currently has Court appointed counsel

☒ Government moves to detain    ☐ Government does not recommend detention

☐ Set for    on    @

**Preliminary/Show Cause/Identity**

☒ Defendant waives Show Cause Hearing

☐ Preliminary Hearing held

☒ Court finds defendant violated conditions of release    ☐ Court does not find probable cause

**Detention**

☒ Defendant waives right to contest detention

☐

**Custody Status**

☒ Defendant remanded to the custody of United States Marshal's Service

☐ Conditions

**Other**

☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver

☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.

☐ Matter referred to    for Final Revocation Hearing

☐