**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

**JUN 12 2026**

FOR THE DISTRICT OF NEW MEXICO

**ERIK PALTROW**
**CLERK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>**ASHKIA RANDY LEE TRUJILLO,**<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRIMINAL NO. _24-1117 DHU_

Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury.

## INFORMATION

The United States of America charges:

<u>Count 1</u>

On or about August 28, 2019, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ASHKIA RANDY LEE TRUJILLO**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

<u>/s/ Electronically Signed</u>
BRITTANY DUCHAUSSEE
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274; Fax (505) 346-7205