IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ASHKIA RANDY LEE TRUJILLO,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case 24-CR-01117-DHU |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING UNTIL NOVEMBER 18, 2026**

Assistant United States Attorney, Brittany DuChaussee, respectfully requests the Court continue the Sentencing Hearing, currently scheduled for November 5, 2026, until November 18, 2026. In support of this motion, the United States provides the following information:

1. Defendant was indicted on August 13, 2024, on two counts of Aggravated Sexual Abuse in violation of 18 U.S.C. §§ 1153, 2241(a) and 2246(2)(a) and one count of Aggravated Sexual Abuse in violation of 18 U.S.C. §§ 1153, 2241(a) and 2246(2)(B). (Doc. 2).
2. On June 12, 2026, the defendant pled guilty to a one count Information, which charged Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 113(a)(6) and 18 U.S.C. § 1153. (Docs. 46 and 49).
3. The Sentencing Hearing is currently set for November 5, 2026, at 1:00 p.m.
4. The victim's mother, R.T., is supported by a victim advocate who is unavailable to attend the sentencing hearing until the week of November 16, 2026.
5. Defense counsel does not oppose this motion.

6. On October 14, 2026, communications with the Court provided the parties with the new sentencing date of November 18, 2026, at 2:00 p.m. It is the United States' belief that parties are available on that day and time.

WHEREFORE, for the reasons states herein, the United States respectfully requests the court to enter an order vacating and resetting the Sentencing Hearing for November 18, 2026.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Electronically Signed*
BRITTANY DUCHAUSSEE
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274; Fax (505) 346-7205

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I filed the foregoing pleading electronically through the CM/ECF system and a courtesy copy was emailed to Defense counsel, Melissa A. Morris.

*/s/ Electronically Signed*
BRITTANY DUCHAUSSEE
Assistant United States Attorney