Rev. November 10, 2015

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE DAVID HERRERA URIAS**

| | | | |
|---|---|---|---|
| CR No: | 24-1117 DHU | USA vs. | Trujillo |
| Date: | 11/18/26 | Defendant: | Ashkia Randy Lee Trujillo |

| | | | |
|---|---|---|---|
| Time In/Out: | 2:07-3:30 PM | Total Time in Court: | 1 hour 23 minutes |
| Clerk: | J. Gonzales | Court Reporter: | A. Lynch |
| AUSA: | Brittany DuChaussee | Defendant's Counsel: | Melissa Morris |
| Courtroom: | Mimbres | Probation Officer: | Robert Sanchez |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Information | Counts: | |
| Guilty Plea: | | Plea Agreement: | Accepted | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date of Plea/Verdict: | 6/12/26 | PSR: | Disputed | ☒ | Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | Court requests addition of statement to paragraph 42 | | | | | | |

## SENTENCE IMPOSED

| | | | | | |
|---|---|---|---|---|---|
| **IMPRISONMENT (BOP):** | 33 months | | | | |
| ☐ 500-Hour Drug Program | ☐ BOP sex-offender treatment program | | Other: | | |
| **SUPERVISED RELEASE:** | 3 years | | ☒ | Mandatory/Standard Conditions | |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

## MONETARY PENALTIES / FORFEITURES

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
| Forfeit rights title & interest to: | | | | | | |

## OTHER

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Remanded |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

## PROCEEDINGS

Ms. Morris argues in support of objection to 2 level vulnerable victim enhancement; Ms. DuChaussee argues in response to objection; Ms. Morris argues in reply to objection; Court overrules objection-2 level enhancement applies; Ms. Morris argues in support of objection to paragraph 42 of PSR; Ms. DuChaussee responds to objection; Court will request PSR include statement of denial by defendant to incident in paragraph 42; Ms. Morris argues in support of objection to sex offender assessment of proposed special conditions; Court overrules objection; Ms. Morris requests low end guideline sentence; N. Ortiz addresses Court; R. Tapia addresses Court; S. Martinez addresses Court; Ms. DuChaussee requests 33 month sentence and 5 years of TSR; defendant addresses Court.